USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/11/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
:
EDDIE STEWART, :
:
               Plaintiff, : Case No. 1:20-cv-00671-ALC
:
  -against- :
: **JUDGMENT**
:
CHEAR CENTER, LLC, and ADAM BERNARD, :
:
               Defendants. :
:
----------------------------------------X

WHEREAS, Defendants served an Offer of Judgment on Plaintiff under Rule 68 of the Federal Rules of Civil Procedure, which Offer of Judgment is attached hereto as Exhibit A; and

WHEREAS, Plaintiff served a Notice of Acceptance of Defendants' Offer of Judgment, which Defendants filed as ECF No. 16, and is attached as Exhibit B;

NOW, THEREFORE, pursuant to Rule 68 of the Federal Rules of Civil Procedure, it is HEREBY ORDERED, ADJUDGED, DECREED, that Defendants' Offer of Judgment (attached as Exhibit A), as accepted by Plaintiff (as per Exhibit B) is hereby adopted as the JUDGMENT OF THIS COURT. The Clerk of the Court is directed to enter this JUDGMENT as the JUDGMENT of the Court and directed to close this case.

**IT IS SO ORDERED.**

Dated: 6/11/20

_____
THE HONORABLE ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE